Court of Criminal Appeals of Texas   U3,580-09
Attn: Abel Acosta, Clerk
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 1 2015

Abel Acosta, Clerk

Monday, August 10, 2015

Dear Mr. Abel Acosta, Clerk, it is your Duty as Clerk to file Legal Documents under Federal Rules of Appellate Procedures, F.R.A.P., I file My Notice of Appeal with Motion to DisQualify Trial Judge Susan D. Reed, I mailed U.S. Postal Mail on Thursday, July 30, 2015 with (11) Exhibits of FACTS to prove that Susan D. Reed was Disqualify as Trial Judge, then went to Head District Attorney in same criminal case, according To; IN RE K.E.M. - 829, 89 S.W. 3d 814 (Tex. App. - Corpus Christi 2002), Judges-Key 39- Guide the Court of Appeals' analysis on what standards apply to judicial disqualification, the Court would survey the substantive law of judicial disqualification by reference to the available jurisprudence suggested by four (4) sources of judicial disqualifications standards; (1) the Constitution of the State of Texas, (2) Texas Rules of Civil Procedures; (3) the Texas Code of Criminal Procedure; (4) the Texas Code of Judicial Conduct, Vernon's Ann. Texas Const. Art. 5 § 1(; Vernon's Ann. Texas Rules Civ. Proc. Rule 18 b(1)(a); Vernon's Ann. Texas C.C.P., Code of Jud. Conduct Canon 2A, also see Buckholts, 632 S.W. 2d at 148 [D] is regard of the constitutional disqualification is error that can be raised at any point in the proceeding.")  turn to back

Please Clerk, What is the Problem with me filing Pro-Se litagent, Defendant, the problem should be Reversed and Remanded with All FACTS!

The Issue of Disqualification of a judge, arising from a Constitutional or Statutory provision, to preside over trial of a case affects jurisdiction and CANNOT BE WAIVED AND JUGDMENT RENDERED IS A NULLITY AND VOID and Subject to even Collateral attack, Vernon's Ann. St. Const. art. 5 § 11; Vernon's Ann. C.C.P. art. 31.01. Please answer soon?

Sincerely requesting,

James Rebector #896933

James Rebector

Alfred D. Hughes Unit, 7G 21-28B

Route 2, Box 4400

Gatesville, Texas 76597-4400

(254) 865-6613, Unit Warden